# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAROC RICHARDSON**, | Case No. 2:17-13396 |
| Petitioner, | |
| v. | **JUDGMENT** |
| **SHERMAN CAMPBELL**, | |
| Respondent. | |

In accordance with the Order entered on this date, it is **ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and the matter is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: March 24, 2021

KINIKIA ESSIX
CLERK OF THE COURT

/s/A. Chubb_____
Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE